UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KONSTANCE L. VANN,

                Plaintiff,

    v.                                  6:03-CV-1387

JO ANNE B. BARNHARD, Commissioner of
Social Security,

                Defendant.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| FOR PLAINTIFF: | |
| CONBOY, McKAY LAW FIRM<br>307 State St.<br>Carthage, New York 13619 | LAWRENCE D. HASSELER, ESQ. |
| FOR DEFENDANT: | |
| HON. GLENN T. SUDDABY<br>United States Attorney for the<br>Northern District of New York<br>P.O. Box 7198<br>100 S. Clinton Street<br>Syracuse, NY 13261-7198 | WILLIAM H. PEASE, ESQ.<br>Assistant U.S. Attorney |
| OFFICE OF GENERAL COUNSEL<br>Social Security Administration<br>26 Federal Plaza<br>New York, NY 10278 | BARBARA L. SPIVAK, ESQ.<br>Chief Counsel, Region II<br><br>KIMBERLY L. SCHIRO, ESQ.<br>Assistant Regional Counsel |

NORMAN A. MORDUE, CHIEF JUDGE

ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 30th day of August, 2006. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: September 15, 2006
   Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge